# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS O'KEEFE | : | |
| | : | |
| v. | : | Civil Action No. 17-1979 |
| | : | Judge Anita B. Brody |
| ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, et al. | : : : | |

_____

| | | |
|---|---|---|
| PATRICE JENKINS | : | |
| | : | |
| v. | : | Civil Action No. 17-2829 |
| | : | Jude Anita B. Brody |
| ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, et al. | : : : | : |

_____

| | | |
|---|---|---|
| STEVE WASHINGTON | : | |
| | : | |
| v. | : | Civil Action No. 17-2005 |
| | : | Judge Nitza Quinones Alejandro |
| ARAMARK MANGEMENT SERVICES LIMITED PARTNERSHIP, et al. | : : : | |

_____

| | | |
|---|---|---|
| LAVERNA PEAY | : | |
| | : | |
| v. | : | Civil Action No. 17-2387 |
| | : | Judge Juan R. Sanchez |
| ARAMARK MANAGMENT SERVICES LIMITED PARTNERSHIP, et al. | : : : | |

_____

| | | |
|---|---|---|
| DONNIE GRIFFIN | : | |
| | : | |
| v. | : | Civil Action No. 17-3437 |
| | : | Judge Mitchell S. Goldberg |
| ARAMARK MANAGMENT SERVICES LIMITED PARTNERSHIP, et al. | : | |

### AMENDED SCHEDULING ORDER - CORRECTION*

**AND NOW**, this 7TH day of February, 2018, upon consideration of ECF No. 35,**IT IS ORDERED** that the Court's Scheduling Order (ECF No. 32) is **AMENDED** as follows:

1. Pretrial timetable

- The parties are directed to contact Magistrate Judge David R. Strawbridge to schedule a conference at the time they believe settlement discussions will be beneficial.

- All discovery must be completed **May 16, 2018.**

- Plaintiff's expert reports due **\*April 18, 2018**; Defendant's reports due **May 2, 2018;** Depositions of all experts must be completed by **May 16, 2018.**

- Dispositive motions due **May 30, 2018.**

- After all dispositive motions have been decided or when no dispositive motions have been filed and the time for filing dispositive motions has elapsed, the parties will be given notice of a trial date, a Final Pretrial Conference, and deadlines for pretrial filings.

2. Unless the parties agree to another form of ADR, United States Magistrate Judge David R. Strawbridge will contact the parties regarding the scheduling of a settlement conference. Judge Strawbridge requires that lead counsel and parties with full settlement authority attend the conference.

3. With the exception of employment discrimination cases and cases in which the plaintiff is pro se, a part moving for summary judgment under F.R.C.P. 56 should consider following the procedure set forth in Attachment A. The parties in

employment discrimination cases and cases in which the plaintiff is pro se must file traditional summary judgment motions.  For those following the preferred procedure, all responses and replies to summary judgment motions must contain a statement of undisputed and disputed facts.  For those using traditional summary judgment procedure, all summary judgment motions and responses must contain a statement of undisputed and disputed facts.  For me to consider any filing made in conjunction with a motion for summary judgment, all references to affidavits, depositions, documents or other evidence must cite specifically to the exhibit, page and line number.

4. In all cases, a party has 21 days to file a response in opposition to a motion for summary judgment and 10 days to file a reply in support of a motion for summary judgment.  Motions for leave to file a reply are not necessary because replies are automatically allowed.  If a party has filed a Rule 56 motion in accordance with Judge Brody's preferred procedure, then a sur-reply is required, and a sur-reply is due 10 days aft the reply is filed.  Otherwise, a sur-reply will be accepted only if Judge Brody grants a motion for leave to file a sur-reply.[1]

5. REMINDER: Counsel must submit to chambers TWO courtesy hard copies of all papers filed with the Clerk of Court or filed on ECF.  Courtesy copies should include the ECF docket entry number on the first page.  Single-sided copies are preferred.

6. Your case has been assigned to:

    \_\_\_   Law Clerk Maya Sosnov, maya_sosnov@paed.uscourts.gov

    \_\_ x   Law Clerk Alisa Rodier, alisa_rodier@paed.uscourts.gov

    \_\_\_\_   Law Clerk Alex Ussia, alex_ussia@paed.uscourts.gov


7. Judge Brody's Policies and Procedures can be accessed via the U.S. District Court's website at **www.paed.uscourts.gov**.

8. Throughout the course of the litigation, counsel must provide the courtroom deputy clerk, Jim Scheidt, with current telephone numbers, fax numbers, and email addresses.  Judge Brody's fax number is **215-580-2356**.

---

[1] Parties should not add an additional three days for ECF filing to these periods when calculating deadlines.

s/Anita B. Brody

_____
Anita B. Brody,   J.

**XC: Magistrate David R. Strawbridge**

COPIES VIA ECF on _____ to:   COPIES MAILED on _____ to